UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANE WATSON,

        Plaintiff,

v.                               Case No. 11-15461

CIENA HEALTHCARE
MANAGEMENT, INC., et al.,        HON. TERRENCE G. BERG
                                       HON. R. STEVEN WHALEN

        Defendants.
_____/

## ORDER DENYING MOTION TO STRIKE

Now before the Court is Plaintiff's motion to strike (Dkt. 56) two reply briefs filed by Defendants (Dkts. 53, 54). Plaintiff claims the reply briefs were filed after they were due. Plaintiff is wrong—the reply briefs were timely filed, therefore, the motion is DENIED. *See* Fed. R. Civ. P. 6(d).

Further, even if the reply briefs had been filed late, the motion to strike would be moot in light of the Court's April 2, 2014 order granting Defendants' "motion to accept defendants' late [sic] reply briefs . . . ." (Dkt. 55.)

SO ORDERED.

                                                s/Terrence G. Berg
                                                TERRENCE G. BERG
                                                UNITED STATES DISTRICT JUDGE

Dated: April 3, 2014

### Certificate of Service

I hereby certify that this Order was electronically submitted on April 3, 2014, using the CM/ECF system, which will send notification to each party.

                                                By: s/A. Chubb
                                                     Case Manager